FRANCIS B. McMENAMIN AND ROSE M. McMENAMIN, HIS WIFE, PLAINTIFFS-RESPONDENTS, v. EVESHAM MUNICIPAL UTILITIES AUTHORITY, A PUBLIC BODY CORPORATE AND POLITIC UNDER *N. J. S. A.* 14B–4, 5 AND 6, IN THE TOWNSHIP OF EVESHAM, BURLINGTON COUNTY, NEW JERSEY, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued September 8, 1969—Decided September 23, 1969.

Before Judges SULLIVAN, CARTON and HALPERN.

*Mr. William B. Colsey III* argued the cause for appellant (*Messrs. Powell and Davis,* attorneys).

*Mr. Joseph S. Georgiana* argued the cause for respondents (*Messrs. Capehart and Scatchard,* attorneys).

PER CURIAM. The judgment herein is affirmed for the reasons stated by Judge Wick in the Chancery Division, 104 *N. J. Super.* 161 (1969).